

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Ali Yazdchi v. BBVA Compass Bank

Appellate case number:   01-15-00969-CV

Trial court case number: 2015-05657

Trial court:             152nd District Court of Harris County

       This Court issued an opinion on January 26, 2016, dismissing the appeal for nonpayment of filing fees.  On February 10, 2016, appellant filed a motion for rehearing and paid the filing fee.  Appellee has filed a response.

       We grant appellant's motion, withdraw our opinion and judgment of January 26, 2016, and order the appeal reinstated on the active docket.  Appellant's brief is **due 30 days from the date of this order**.

       It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                   ☒　Acting individually    ☐ Acting for the Court


Date:  April 12, 2016